IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Larry Adams,                                                    Case No. 1:14 CV 1450

                          Petitioner,                          ORDER ADOPTING
                                                               REPORT AND RECOMMENDATION
            -vs-
                                                               JUDGE JACK ZOUHARY
Jason Bunting,

                          Respondent.

This Court has reviewed the Report and Recommendation ("R&R") of the Magistrate Judge filed July 28, 2015 (Doc. 11).  The R&R recommends this Court deny the Petition in part and dismiss in part.

Under 28 U.S.C. § 636(b)(1), a party must serve written objections to the Magistrate Judge's proposed findings and recommendations within fourteen (14) days of being served with the R&R, at which time this Court makes a *de novo* determination of those portions of the R&R to which objections were made.  The failure to file objections within the time frame set forth in the statute constitutes a waiver of *de novo* review by the district court.  *See United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Petitioner's deadline for filing objections has passed, and no requests for extension have been received.  The R&R accurately states the facts and law, which this Court adopts in its entirety.  Accordingly, the Petition is denied in part and dismissed in part.

            IT IS SO ORDERED.

                                                    ___ s/ *Jack Zouhary* ____
                                                    JACK ZOUHARY
                                                    U.S. DISTRICT JUDGE

                                                    August 17, 2015